DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH STEFFEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3636

[February 6, 2019]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 03-16058CF10A.

Kenneth Steffen, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Patterson v. State*, 141 So. 3d 707, 708 (Fla. 2d DCA 2014) (recognizing that "claims of entitlement to out-of-state jail credit must be raised in a timely motion under rule 3.850").

CIKLIN, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***